

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DRA:MER
F.#2004R00374

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

March 16, 2005

BY FEDERAL EXPRESS

Telesforo Del Valle Jr., Esq.        Allen Lashley, Esq.
41 Madison Avenue                     16 Court Street
New York, New York 10010              Suite 1210
                                      Brooklyn, New York 11241

Michael Musa-Obregon, Esq.
400 Madison Avenue
Suite 1101
New York, New York 10017

> Re:  United States v. Josue Flores Carreto, et al.
>      Criminal Docket No. 04-0140 (S-1) (FB)

Dear Counsel:

      Please find enclosed additional discovery in this matter: Various documents, identified at bates numbers 4168 through 4217:

(1) Patient records from A-1 Medical;

(2) Receipt from a postal money order sent to defendant Daniel Perez Alonso;

(3) Three letters written by defendant Daniel Perez Alonso;

(4) Two certificates of disposition from Criminal Court of the City New York, New York County;

(5) Copies of three photographs taken at Empire Billiards; and

(6) Various telephone records from Sprint PCS, Verizon Wireless, and Verizon New York.

2

      This discovery supplements the discovery previously provided to you on December 9, 2004, February 18, 2005, March 1, 2005, and March 14, 2005.  The government also reiterates its request for reciprocal discovery from the defendants.

      If you have any questions, I can be contacted at the number below.

      Very truly yours,

      ROSLYNN R. MAUSKOPF
      United States Attorney

By: _____
    Monica E. Ryan
    Assistant United States Attorney
    (718) 254-6470

Enclosures

cc: Clerk of the Court (FB)
    (without enclosures)