

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DRA:MER
F.#2004R00374

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

March 21, 2005

BY FEDERAL EXPRESS

Telesforo Del Valle Jr., Esq.      Allen Lashley, Esq.
41 Madison Avenue                  16 Court Street
New York, New York 10010           Suite 1210
                                   Brooklyn, New York 11241

Michael Musa-Obregon, Esq.
400 Madison Avenue
Suite 1101
New York, New York 10017

      Re:   United States v. Josue Flores Carreto, et al.
            Criminal Docket No. 04-0140 (S-1) (FB)

Dear Counsel:

     Please find enclosed additional discovery in this matter: Various documents, identified at bates numbers 4218 through 4344:

     (1)  Sixteen letters written by defendant Daniel Perez Alonso (eleven with corresponding English translations);

     (2)  Nine letters written by defendant Daniel Perez Alonso (one with corresponding English translation), which were previously produced (with occasional pages missing) in the discovery provided to you on December 9, 2004;

     (3)  One letter written by defendant Gerardo Flores Carreto (with corresponding English translation);

     (4)  Transfast wire transfer records; and

     (5)  Copies of mugshot photographs.

2

      This discovery supplements the discovery previously provided to you on December 9, 2004, February 18, 2005, March 1, 2005, March 14, 2005, and March 16, 2005.  The government also reiterates its request for reciprocal discovery from the defendants.

      If you have any questions, I can be contacted at the number below.

      Very truly yours,

      ROSLYNN R. MAUSKOPF
      United States Attorney

By: _____
      Monica E. Ryan
      Assistant United States Attorney
      (718) 254-6470

Enclosures

cc:  Clerk of the Court (FB)
    (without enclosures)