

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

RRM:DRA
F.#2004R00374

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

March 24, 2005

VIA FACSIMILE AND ELECTRONIC CASE FILING

Telesforo Del Valle Jr., Esq.　　Allen Lashley, Esq.
41 Madison Avenue　　　　　　　　16 Court Street
New York, New York 10010　　　　Suite 1210
　　　　　　　　　　　　　　　　　Brooklyn, New York 11241

Michael Musa-Obregon, Esq.
400 Madison Avenue
Suite 1101
New York, New York 10017

　　　　　Re:  United States v. Josue Flores Carreto, et al.
　　　　　　　  Criminal Docket No. 04-0140 (S-1) (FB)

Dear Counsel:

　　　This letter is to provide additional discovery in the above matter.  You have previously been provided with copies of all cassette recordings and electronic recordings of all calls from the MDC that are in the government's possession.  You have also been provided with draft transcripts as to some of those calls.

　　　The government has now isolated a number of calls that we presently intend to introduce in our case-in-chief.  For your convenience, and without prejudice to our introducing any other recording as to which you have been given notice, we set forth beginning on the next page a list of the calls that we are likely to introduce.  Draft transcripts and translations are currently being prepared and will be forwarded as soon as they have been completed.

I.  Josue Flores Carreto

    A.  Elizabeth Gonzales Rubio Conversations

| Date | Time | Number Called | Speakers |
| --- | --- | --- | --- |
| 9/27/04 | 10:35 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/1/04 | 8:04 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/5/04 | 8:30 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/11/04 | 8:28 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/14/04 | 8:34 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/21/04 | 8:21 p.m. | 011522859717404 | Josue & UF |
| 10/22/04 | 8:06 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/22/04 | 7:33 p.m. | 011522859717404 | Josue & Elizabeth |
| 10/27/04 | 2:32 p.m. | 011522859717404 | Josue & Elizabeth |
| 11/2/04 | 3:03 p.m. | 011522859717404 | Josue & Elizabeth |
| 11/12/04 | 3:09 p.m. | 011522859717404 | Josue & Elizabeth |
| 11/23/04 | 2:57 p.m. | 011522859717404 | Josue & Elizabeth |
| 12/1/04 | 3:11 p.m. | 011522859717404 | Josue & Elizabeth |
| 12/1/04 | 10:34 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 12/4/04 | 5:24 p.m. | 011522859717404 | Josue & Elizabeth |
| 12/5/04 | 10:28 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 12/11/04 | 7:03 p.m. | 011522859717404 | Josue & Elizabeth |
| 12/28/04 | 2:55 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/1/05 | 9:12 a.m. | 011522859717404 | Josue & Elizabeth |
| 1/8/05 | 3:03 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 1/8/05 | 4:55 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/9/05 | 12:53 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/9/05 | 2:19 p.m. | 011522859717404 | Josue & Elizabeth |

| Date | Time | Number Called | Speakers |
|---|---|---|---|
| 1/9/05 | 3:31 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 1/11/05 | 8:09 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/12/05 | 3:17 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/15/05 | 5:28 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/21/05 | 3:37 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 1/22/05 | 5:05 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/27/05 | 2:42 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/30/05 | 1:03 p.m. | 011522859717404 | Josue & Elizabeth |
| 1/31/05 | 8:05 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/9/05 | 8:32 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/13/05 | 3:00 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 2/13/05 | 9:22 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/14/05 | 10:07 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/15/05 | 2:59 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/15/05 | 10:22 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/18/05 | 8:25 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/20/05 | 1:35 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 2/20/05 | 6:39 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 2/20/05 | 8:18 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/21/05 | 10:30 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/25/05 | 3:09 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/26/05 | 5:41 p.m. | 011522859717404 | Josue & Elizabeth |
| 2/28/05 | 10:35 p.m. | 011522859717404 | Josue & Mrs. Gonzales |
| 3/1/05 | 3:19 p.m. | 011522859717404 | Josue & Elizabeth |

B.     Other Conversations

| Date | Time | Number Called | Speakers |
|---|---|---|---|
| 5/13/04 | 7:45 p.m. | 011522222811993 | Josue & Jorge Martinez |
| 5/15/04 | 10:02 a.m. | 011522222811688 | Josue & Aunt Irene |
| 5/15/04 | 2:49 p.m. | 011522222811688 | Josue & Aunt Irene |
| 2/8/05 | 1:36 p.m. | 011522222811688 | Josue & Aunt Irene |
| 2/15/05 | 8:32 p.m. | 011522222638098 | Josue & Minerva Calderon |
| 2/18/05 | 7:11 p.m. | 011522222811688 | Josue & Trini |
| 2/19/05 | 10:10 p.m. | 011522222811688 | Josue, Aunt Irene & Trini |
| 2/21/05 | 8:23 p.m. | 011522222811688 | Josue, Uncle Julio & Trini |
| 2/25/05 | 5:19 p.m. | 2012401617 | Josue & UM |
| 2/27/05 | 3:11 p.m. | 2012401617 | Josue & UM |
| 2/28/05 | 5:41 p.m. | 2012401617 | Josue & UM |
| 3/1/05 | 6:23 p.m. | 2012401617 | Josue & UM |
| 3/4/05 | 6:45 p.m. | 2012401617 | Josue & UM |

II.    Gerardo Flores Carreto

| Date | Time | Number Called | Speakers |
|---|---|---|---|
| 4/07/04 | 8:35 p.m. | 011522222632932 | Gerardo & Aunt |
| 5/16/04 | 8:43 a.m. | 011522222632932 | Gerardo & Brenda |
| 8/8/04 | 10:04 a.m. | 011522222819094 | Gerardo & UF |
| 8/10/04 | 8:49 p.m. | 011522222811688 | Gerardo & Zuri Flores |
| 10/22/04 | 9:52 p.m. | 011522222207137 | Gerardo & Don Julio |
| 10/23/04 | 7:34 p.m. | 011522859717404 | Gerardo & Don Julio |
| 12/5/04 | 2:08 p.m. | 011522859717404 | Gerardo & Elizabeth Gonzales |
| 12/5/04 | 3:30 p.m. | 011522859717404 | Gerardo & Mrs. Gonzales |

5

| Date | Time | Number Called | Speakers |
|---|---|---|---|
| 1/11/05 | 10:40 p.m. | 011522222207137 | Gerardo & UF |
| 1/22/05 | 1:12 p.m. | 011522859717404 | Gerardo & Mrs. Gonzales |
| 1/22/05 | 3:16 p.m. | 011522859717404 | Gerardo & Mrs. Gonzales |
| 2/10/05 | 6:04 p.m. | 011522222207137 | Gerardo & Doña Concha |

If you have any questions, I can be contacted at the number below.

Very truly yours,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Daniel R. Alonso
Assistant U.S. Attorney
(718) 254-6150

cc:   Clerk of the Court (FB)