

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DRA:MER
F.#2004R00374

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York  11201*

March 25, 2005

BY FEDERAL EXPRESS or HAND PICK-UP

Telesforo Del Valle Jr., Esq.        Allen Lashley, Esq.
41 Madison Avenue                     16 Court Street
New York, New York 10010              Suite 1210
                                      Brooklyn, New York 11241
Michael Musa-Obregon, Esq.
400 Madison Avenue
Suite 1101
New York, New York 10017

      Re:   United States v. Josue Flores Carreto, et al.
             Criminal Docket No. 04-0140 (S-1) (FB)

Dear Counsel:

    With respect to the trial in the above-captioned matter, enclosed please find the government's material provided pursuant to 18 U.S.C. § 3500.  We reserve the right to supplement with additional material.

    If you have any questions, I can be contacted at the number below.

                         Very truly yours,

                         ROSLYNN R. MAUSKOPF
                         United States Attorney

              By:   _____
                    Monica E. Ryan
                    Assistant United States Attorney
                    (718) 254-6470

Enclosures

cc:   Clerk of the Court (FB)
      (without enclosures)