

# ROY R. KULCSAR
ATTORNEY AT LAW
41 UNION SQUARE WEST
NEW YORK, NEW YORK 10003

TEL: (212) 352-1700
FAX: (212) 924-1097

March 10, 2006

BY TELECOPIER

Hon. Frederic Block
United States District Judge
Eastern District of New York
Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*The application for an extension until Monday, March 13, 2006 is granted. There will be no further extensions. SO ORDERED.*

Re: United States v. Josue Flores Carreto
04 Cr 140

Dear Judge Block:

I am taking the liberty of writing this Honorable Court to request a minimal extension of time from Thursday, March 9, 2006 until Tuesday, March 13, 2006 to submit a letter regarding any objections to the Sentencing Guidelines calculations in the Presentence Investigation Report ("PSI").

I apologize for the belatedness of this request and any inconvenience caused thereby.

Thank you for your courteous consideration of this request.

Most respectfully yours,

Roy R. Kulcsar
ROY R. KULCSAR

CC: Monica E. Ryan, Esq.
Assistant United States Attorney
(BY TELECOPIER)