**CRIMINAL CAUSE FOR SENTENCING**

BEFORE BLOCK, J.    4/27/06              Time: 11 AM

CR 04-140(S)(FB)              DEFT NUMBER: 1

DEFT NAME: JOSUE FLORES CARRETO

__X__ present   ____ not present   __X__ cust.   ____ bail

DEFENSE COUNSEL: ROY KULCSAR

__X__ present   ____ not present   ____ CJA   ____ RET.   ____ LAS

A.U.S.A.: MONIKA RYAN              CLERK mji

E.S.R.: ANDRUJA              OTHER: ____

INT: (LANG.- ____ ) CARMEN

- X   CASE CALLED.   ____ SENTENCING ADJ'D TO _____.
- X   SENTENCING HELD.   X   STATEMENTS OF DEFT AND COUNSEL HEARD.
- X   DEFT SENTENCED ON ALL COUNT(S) 1-27 OF THE

  (Superseding) Indictment / ~~Information~~.

SENTENCE TEXT:

SEE JUDGMENT FOR DETAILS

REMAINING OPEN COUNTS ARE DISMISSED ON   ____ GOVTS MOTION

                                          ____ COURT'S MOTION

X COURT ADVISED DEFT OF RIGHT TO APPEAL.   ____ I.F.P. GRANTED.

X DEFT REMANDED.   ____ DEFT ON BAIL PENDING APPEAL.

OTHER: DFT'S PRO SE MOTION TO WITHDRAW HIS PLEA AND FOR NEW COUNSEL ARGUED, AND DENIED. COUNSEL'S APPLICATION FOR AN ADJOURNMENT (DUE TO RECENT TRANSCRIPTS RECEIVED FROM MEXICO) IS DENIED, THE VICTIMS GIVE STATEMENTS TO THE COURT PRIOR TO SENTENCE.