UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
United States                                                        USDC #: 04-cr~410 140
                         V.                                USCA# 11-5312

Josue Carreto                                             JUDGE: Block


-------------------------------------------------------x
Consists of Documents: 1,17,26,33,38,87 and 88

RECORD


Index Prepared By:   MARY ANN MCGEE

Address:             EASTERN DISTRICT OF
                     NEW YORK


Telephone No.:       (718) 613-2310


     The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.


Date: 3/9/12